JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 16-7811 DSF (FFMx) | Date | 12/29/16 |
|---|---|---|---|
| Title | Isaac Gorden Powell v. Quality Loan Services, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order GRANTING Motion to Remand (Dkt. No. 21)

    Plaintiff Isaac Gorden Powell, pro se, asserts several claims against several defendants related to title to certain real property. The matter was removed based on the citation of several federal tax code provisions in the First Amended Complaint. In his motion to remand, Plaintiff now clarifies that he never intended to bring a claim for violation of federal tax laws and he wishes to dismiss all claims other than his first claim for quiet title. The Court dismisses the federal tax claim, to the degree one is asserted at all, and GRANTS the motion to remand. 28 U.S.C. § 1367(c)(3). The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.